UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 23 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Gerardo GUTIERREZ-Morales, ) <br> ) <br> Defendant, ) <br> _____ ) | Magistrate Case No. 18MJ1912 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Attempted Entry After <br> Deportation |

The undersigned complainant being duly sworn states:

On or about April 20, 2018 within the Southern District of California, Defendant, Gerardo GUTIERREZ-Morales, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the Otay Mesa, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Linnet Edasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 23rd day of April, 2018.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Ramon Galindo declare under penalty of Perjury the following to be true and correct:

On April 20, 2018 at approximately 6:21 a.m., Gerardo GUTIERREZ-Morales (Defendant), applied for admission into the United States at the Otay Mesa, California Port of Entry from Tijuana, Baja California, Mexico. Defendant presented himself for inspection before a Customs and Border Protection Officer (CBP Officer) at the pedestrian crossing by presenting a counterfeit Mexican Passport and Temporary I-551 stamp bearing the name of E.G.R., as his entry document. The CBP Officer suspected fraud and escorted Defendant to secondary for further inspection. Defendant was going to San Diego.

During secondary inspection, Defendant was queried by fingerprint and photograph comparison through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS and IDENT returned a match to the query, identifying Defendant as a citizen and national of Mexico who had been previously deported, and linked to Federal Bureau of Investigation and Department of Homeland Security (DHS) records.

Further Department of Homeland Security (DHS) queries confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. Defendant was ordered removed from the United States to Mexico by an Immigration Judge on or about August 3, 1993. Defendant was served with and Expedited Removal on December 30, 2017 and physically removed through San Ysidro, California on February 3, 2018. DHS records indicate no evidence that Defendant has applied for or received permission from the United States Attorney General or his designated successor, the Secretary of the Department of Homeland Security to legally reenter the United States.

Continued on page 2

Continuation of Probable Cause
RE: US vs. Gerardo GUTIERREZ-Morales

Defendant was advised of his Miranda Rights and elected to give a statement. Defendant stated that he is a citizen of Mexico. Defendant admitted that he does not possess legal documents to enter or reside in the United States. Defendant admitted to have been deported from the United States to Mexico. Defendant admitted that he obtained the document presented from a person in Tijuana. Defendant stated he paid $700.00 U.S. dollars and would pay an additional $12,000.00 after a successful entry into the United States. Defendant admitted he was not the person depicted in the document and knew that his actions were illegal. Defendant stated that he was going to Idaho to work and be with his family.

Executed on this 20th day of April 2018, at 6:00 p.m.

_(signature)_
Ramon Galindo /CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on April 20th, 2018 in violation of Title 8, United States Code, Section 1326.

_(signature)_
United States Magistrate Judge

9:09 AM, Apr 21, 2018
Date